UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 04-cr-10001-01-01 |
| -vs- | JUDGE DRELL |
| ALEXIEUS MONTGOMERY (01) | MAGISTRATE JUDGE KIRK |

### RULING AND ORDER

Before the Court is a *pro se* motion for sentence modification pursuant to the United States Supreme Court's decision in Johnson v. United States, 576 U.S. 591 (2015) ("Johnson"), which was made retroactive by the United States Supreme Court's decision in Welch v. United States, 136 S. Ct. 1257 (2016), filed by defendant Alexieus Montgomery ("Defendant" or "Montgomery"). (Doc. 98). Having carefully reviewed the record, as well as relevant law and jurisprudence, the court has determined that the motion will be **DENIED** for the reasons fully explained.

Montgomery filed the present motion claiming Johnson establishes that we plainly erred when we considered as a crime of violence a prior Mississippi conviction of robbery without a weapon to determine that he is career–offender. As he now claims, robbery without a weapon is not a crime of violence in Mississippi where the crime was committed. A determination of how we concluded that he was a career–offender is the appropriate starting point.

A review of Montgomery's pre-sentence investigation report illustrates that we relied on the then mandatory United States Sentencing Guidelines ("U.S.S.G") for

our determination that Montgomery was a career-offender. The Supreme Court has foreclosed the application of Johnson against career–offender determinations relying on the U.S.S.G. Beckles v. United States, 137 S. Ct. 886, 890 (2017). Because the Supreme Court foreclosed Montgomery's Johnson claim as applied to the U.S.S.G., we must deny this motion. Further, the government has filed a well-researched and argued opposition to the motion. (Doc. 111). We find its arguments to be well taken.

For the reasons enumerated above, it is hereby **ORDERED** that Montgomery's motion for sentence modification pursuant to Johnson is **DENIED**.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 23rd day of September 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT